May Term, 1861.

THE STATE v. McCAMMON.

who is also a creditor of the bank, can not set off its indebtedness to him, against his liability for its debts.

*Per Curiam.*—The judgment below is reversed, with costs. Cause remanded, &c.

*James M. Hughes, J. E. McDonald* and *A. L. Roache,* for the appellant.

---

STRATTON and Another *v.* LEBBERT.

Monday, June 17.

APPEAL from the *Dearborn* Common Pleas.

*Per Curiam.*—In this case, the only error assigned is based upon the ruling of the Court on a motion for a continuance. The record shows that a motion was made, but does not show the reason, as no written causes were filed. There is nothing for us to consider.

The judgment is affirmed, with 5 per cent. damages and costs.

*W. S. Holman,* for the appellants.

*B. J. Spooner* and *J. Schwarts,* for the appellee.

---

THE STATE *v.* McCAMMON and Others.

Monday, June 17.

APPEAL from the *Jasper* Common Pleas.

*Per Curiam.*—In this case, there are no errors assigned on the record. The appeal must, therefore, be dismissed.

The appeal is dismissed, with costs.

*R. S. Dwiggins,* for the State.